IN RE: ROSS, ROBERT BLAKE
ROSS, SHELLY

CASE NO. 08-12131 "A"

Claim 000015, Payment 1.03%
Fia Card Services, NA/Bank of America
by American InfoSource LP as its agent
PO Box 248809
Oklahoma City, OK 73124-8809

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**1016**

DATE: 04/13/10
AMOUNT: ***********4.63

Acct. 6046

**1781952**
PAY TO THE ORDER OF

United States Bankruptcy Court
LA

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-12131   A | Debtor: ROSS, ROBERT BLAKE |
| | Joint Debtor: ROSS, SHELLY PELTZIE |

*Four Dollars And 63/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⑈0010 16⑈⑈ ⑆⑆11 10000 12⑆⑆ 4437264923⑈⑈

4/15/10
DEPOSITED TO UNCLAIMED
UNDER $25.00 - 106000.

DUE: FIA CARD SERVICES, NA/
BANK OF AMERICA

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227003    - KW
* * C O P Y * *
April 15, 2010
15:27:15

UNC.UNDER$25
08-12131

Debtor.: ROBERT BLAKE ROSS
Trustee: Barbara Rivera-Fulton
Amount.:            $4.63 CH
Check#.: 1016

Total-> $4.63

FROM: RIVERA FULTON

Date: 04/13/10

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 08-12131 - ROSS, ROBERT BLAKE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Credit First N A<br>Po Box 818011<br>Cleveland Oh 44181<br>    Acct#649678642 | 000001 | 213.58 | 2.19 |
| CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>    Acct. 4843 | 000007 | 454.04 | 4.66 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>    Acct. 1001 | 000012 | 455.66 | 4.68 |
| Fia Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>    Acct. 6046 | 000015 | 450.88 | 4.63 |
| ---------- Remittance Total --------------- | | 1,574.16 | 16.16 |

*Barbara Rivera Fulton* (signature)

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1

Printed: 04/13/10 03:09 PM    Ver: 15.08